# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE SCHAUER,
Appellant,
vs.
GEICO INSURANCE COMPANY,
Respondent.

No. 75352

FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to set aside a dismissal of an appeal to the district court from a small claims judgment. Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-14429

cc:     Hon. Barry L. Breslow, District Judge
        Bruce Schauer
        Snell & Wilmer, LLP/Reno
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A